# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| GEGRGE EGAN AND DIANE EGAN, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 3:15-cv-3533-DCC |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, the Parties in the above-styled action and file this Stipulation of Voluntary Dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). A proposed Order is attached as Exhibit "A" for the Court's consideration.

This 5th day of November, 2018.

Respectfully submitted,

**KASSEL MCVEY**

*/s/ John Kassel*
John Kassel
South Carolina Bar No. 2278
Theile B. McVey
South Carolina Bar No. 7614

P.O. Box 1476
Columbia, South Carolina 29202
803.256.4242
jkassel@kassellaw.com

1

2

                    **BLASINGAME, BURCH,**
                    **GARRARD & ASHLEY, PC**

                    */s/ Lee S. Atkinson*
                    Lee S. Atkinson
                    Georgia Bar No. 255445
                    **Counsel for Plaintiff**

P.O. Box 832
Athens, GA 30603
706-354-4000
Email: latkinson@bbga.com

                    **SHERRI A. LYDON**
                    United States Attorney

                    */s/ Marshall Prince*
                    Marshall Prince
                    Assistant United States Attorney
                    **Counsel for the United States**

1441 Main Street, Suite 500
Columbia, SC 29201
803/929-3000
Marshall.prince@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on November 5, 2018, served all the parties in this case in accordance with the notice of electronic filing ("NEF"), which was generated as a result of electronic filing in this Court.

*/s/ John Kassel*
John Kassel
